IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

EDDIE LEE WILLIAMS, )
)
    Petitioner, )
)
vs. )  No. CIV-10-86-W
)
H.A. LEDEZMA, Warden, )
)
    Respondent. )

## ORDER

On March 1, 2010, United States Magistrate Judge Valerie K. Couch issued a Report and Recommendation in this matter and recommended that the Petition for Writ of Habeas Corpus ("Petition") filed by petitioner Eddie Lee Williams pursuant to title 28, section 2241 of the United States Code be summarily dismissed. Williams was advised of his right to object, and the matter now comes before the Court on Williams' Objection to Report and Recommendation.

Upon de novo review of the record, the Court finds that Williams has failed to establish that he has the right to challenge under section 2241 the validity of his multiple drug-related convictions and sentence. See United States v. Williams, No. CR-91-06-S (E.D. Okla.), aff'd, No. 91-7094 (10th Cir. 1993). Based upon this finding, the Court concurs with Magistrate Judge Couch's well-reasoned Report and Recommendation and her suggested disposition of Williams' Petition.

Accordingly, the Court

(1) ADOPTS the Report and Recommendation [Doc. 6] issued on March 1, 2010; and

(2) summarily DISMISSES Williams' Petition file-stamped January 27, 2010.

ENTERED this 1st day of April, 2010.

LEE R. WEST
UNITED STATES DISTRICT JUDGE